DAVID H. BARTHOLOMEW (SBN 242377)
LAW OFFICE OF DAVID H. BARTHOLOMEW
9000 LEATHAM AVE.
PO BOX 1297
FAIR OAKS, CA 95628
TELEPHONE: (916) 536-9360
FACSIMILE: (916) 962-1460
EMAIL: David@DHBLawFirm.com

ATTORNEY FOR PLAINTIFF
PEREIRA BUILDING INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel PERIERA BUILDING INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CABLE LINKS CONSTRUCTION GROUP, INC., a California corporation, and <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | Case No. 4:17-cv-07201-KAW <br><br> **STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFF.** <br><br> [FRCP 41(a)(1)(A)(ii)] |

The parties to this action, acting through counsel, and pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), hereby stipulate, in consideration of a settlement agreed to by them, to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs.

Dated: September 13, 2019

LAW OFFICES OF DAVID H. BARTHOLOMEW

By: /s/ David H. Bartholomew
DAVID H. BARTHOLOMEW
Attorneys for Plaintiff
PEREIRA BUILDING INDUSTRIES, INC.

Dated: September 12, 2019

MARK D. JOHNSON

By: /s/ Mark D. Johnson
MARK D. JOHNSON
Attorneys for Defendants
CABLE LINKS CONSTRUCTION GROUP, INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Dated: 9/16/19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

/s/ Kandis Westmore
Judge Kandis Westmore

2
STIPULATION OF VOLUNTARY DISMISSAL BY PLAINTIFF